Order issued December /2 , 2012

005245



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00492-CV

**BERRYMAN'S SOUTH FORK, INC., ET AL., Appellants**

**V.**

**J. BAXTER BRINKMANN INTERNATIONAL CORPORATION, ET AL., Appellees**

## ORDER

We **GRANT** appellants' December 7, 2012 unopposed motion for an extension of time to file a reply brief. Appellants shall file their reply brief on or before December 27, 2012.

DOUGLAS S. LANG
JUSTICE